UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLLIE JONATHAN STEWART,<br><br>  Petitioner,<br><br>  v.<br><br>JOSIE GASTELO,<br><br>  Respondent. | Case No. 2:20-02579 JWH (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition (the "FAP") (Dkt. No. 19), Respondent's Motion to Dismiss (Dkt. No. 36) and all the records and files herein, the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 46), Respondent's Objection to the Report and Recommendation (Dkt. No. 47), and Petitioner's Notice of Withdrawal of Ground Three (Dkt. No. 48). The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections were made. The Court accepts the findings and recommendations of the Magistrate Judge. Because Petitioner has withdrawn his one unexhausted claim, the matter shall proceed on the remaining claims in the FAP.

It is therefore **ORDERED** as follows:

1. The Court accepts the findings and recommendations of the Magistrate Judge (Dkt. No. 46).

2. Respondent's Motion to Dismiss is **GRANTED**, **in part**, because Ground Three is unexhausted.

3. This matter is **REFERRED** to the assigned Magistrate Judge for further proceedings on the remaining claims in the FAP.

**IT IS SO ORDERED.**

DATED: January 17, 2023

THE HONORABLE JOHN W. HOLCOMB
United States District Judge