UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLLIE JONATHAN STEWART,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>JOSIE GASTELO,<br><br>　　　　　Respondent. | Case No. 2:20-cv-02579 JWH (ADS)<br><br>**ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition for Writ of Habeas Corpus (Dkt. No. 19), Respondent's Answer (Dkt. No. 56), Petitioner's Traverse (Dkt. No. 58), the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 61), and all the records and files herein. Petitioner did not file objections to the Report and Recommendation. The Court hereby **ORDERS** as follows:

1. The findings and recommendations of the Magistrate Judge are **ACCEPTED.**
2. The Report and Recommendation (Dkt. No. 61) is **ACCEPTED.**
3. The First Amended Petition is **DENIED**, and this action is **DISMISSED with prejudice.**
4. Judgment is to be entered accordingly.

**IT IS SO ORDERED.**

DATED: October 31, 2024

The Honorable John W. Holcomb
United States District Judge