JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLLIE JONATHAN STEWART, | Case No. 2:20-cv-02579 JWH (ADS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JOSIE GASTELO, | |
| Respondent. | |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the First Amended Petition is **DENIED with prejudice**.

**IT IS SO ORDERED.**

DATED: October 31, 2024

The Honorable John W. Holcomb
United States District Judge